JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

May 26, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ____DG____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRISH HERREMANS, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>        Defendant. | CASE NO. CV14-2363-MMM (PJWx)<br><br>Hon. Margaret M. Morrow<br><br>~~[PROPOSED]~~ **ORDER ON JOINT REPORT ON MEDIATION AND REQUEST TO STAY CASE AND VACATE DATES** |

The Court has received and reviewed the Joint Report on Mediation and Request to Vacate Dates and Stay Case ("Joint Report") of Plaintiff Trish Herremans ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"). Based on the Joint Report and GOOD CAUSE APPEARING, the Court hereby vacates all previously set dates and stays the case pending the submission of a Motion for Preliminary Approval of Proposed Class Action Settlement by Plaintiff ("Motion"). If the Motion is not filed within ninety (90) days of this Order, the parties shall file a further joint report by this date providing a status update on their settlement negotiations.

**IT IS SO ORDERED.**

Dated: ___May 26, 2015___          _____

Hon. Margaret M. Morrow

United States District Court Judge