UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRISH HERREMANS, individually, and on behalf of a class of similarly situated individuals,<br><br>          Plaintiff,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>          Defendant. | CASE NO. CV14-2363-MMM (PJWx)<br><br>Hon. Margaret M. Morrow<br><br>[~~PROPOSED~~] ORDER ON REQUEST FOR HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL |

The Court has received and reviewed the Joint Report on Case Status and Request for Hearing Date on Motion for Preliminary Approval ("Joint Report") of Plaintiff Trish Herremans ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"). Based on the Joint Report and good cause appearing, the Court Orders as follows:

(1) The stay on the case is extended for an additional ninety (90) days from the date of this Order;

(2) Plaintiff must file her motion for preliminary approval on or before October 19, 2015;

(3) The hearing on Plaintiff's anticipated motion for preliminary approval is set for November 16, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: August 25, 2015

_Margaret M. Morrow_
Hon. Margaret M. Morrow
United States District Court Judge

4820-9313-3863.1