Stephen M. Harris , Esq. (State Bar Number: 110626)
email: stephen@smh-legal.com
LAW OFFICES OF STEPHEN M. HARRIS, P.C.
6320 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone:  (818) 924-3103
Facsimile:   (818) 924-9079

Robert L. Starr, Esq. (State Bar Number: 183052)
email: robert@starrlaw.com
Adam M. Rose, Esq. (State Bar Number: 210880)
email: adam@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR, APC
23277 Ventura Boulevard
Woodland Hills, California 91364
Telephone: (818) 225-9040
Facsimile:  (818) 225-9042

Attorneys for Plaintiff
TRISH HERREMANS, individually, and on behalf
of a class of similarly situated individuals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TRISH HERREMANS, individually, and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>        v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>                Defendant. | NO.   CV 14-2363-GW(PJWx)<br><br>Assigned for All Purposes to the Honorable George H. Wu<br><br>Courtroom 10<br><br>Date Action Filed:   March 27, 2014<br><br>**ORDER RE STIPULATION EXTENDING DEADLINE FOR FILING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR AWARD OF FEES AND EXPENSES TO CLASS COUNSEL** |

1    Pursuant to the parties' stipulation extending the time for Plaintiff to file her

2  papers in support of the motion for final approval, IT IS ORDERED THAT:

3    Plaintiff shall file her motion for final approval of the class action settlement

4  and for an award of fees and expenses to class counsel, as well as for an

5  enhancement award to the named Plaintiff, on or before November 7, 2016.

6

7  Dated:  October 12, 2016                     _____

8                                               GEORGE H. WU, U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28