Stephen M. Harris, Esq. (State Bar Number: 110626)
email: stephen@smh-legal.com
LAW OFFICES OF STEPHEN M. HARRIS, P.C.
6320 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone: (818) 924-3103
Facsimile: (818) 924-9079

Robert L. Starr, Esq. (State Bar Number: 183052)
email: robert@starrlaw.com
Adam M. Rose, Esq. (State Bar Number: 210880)
email: adam@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR, APC
23277 Ventura Boulevard
Woodland Hills, California 91364
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiff
TRISH HERREMANS, individually, and on behalf
of a class of similarly situated individuals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TRISH HERREMANS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | NO. CV14-2363 MMM(PJWx)<br><br>Assigned for All Purposes to the Honorable George H. Wu<br><br>Date: November 28, 2016<br>Time: 8:30 a.m.<br>Ctrm: 10<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITES** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 28, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the above-entitled

-1-

Court, located at 312 North Spring Street, Los Angeles, CA 90012, Plaintiff Trish Herremans ("Plaintiff" or "Herremans") will and hereby do move this Count, pursuant to Federal Rule of Civil Procedure Rule 23 for an Order finally approving the class action settlement agreed to by the parties in this matter.

    This Motion is based upon: (1) this Notice of Motion and Motion; (2) the attached Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement; (3) the Declaration of Stephen M. Harris; the Declaration of Jennifer McNulty, the declaration of Ann Haan, the declaration of Plaintiff; (4) the [Proposed] Order Granting Final Approval of Class Action Settlement, filed concurrently herewith; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented to the Count at the hearing of this Motion.

    This motion was not preceded by a meet and confer conference with defense counsel pursuant to Local Rule 7-3 since Defendant does not oppose the motion.

Dated: November 7, 2016     LAW OFFICES OF STEPHEN M. HARRIS, P.C.

By:   /s/ Stephen M. Harris
Stephen M. Harris
Attorneys for Plaintiff
TRISH HERREMANS,
individually, and on behalf of a class
of similarly situated individuals

# TABLES OF CONTENTS

I. INTRODUCTION .................................................................................................. 4

II. FACTS AND PROCEDURE ............................................................................... 5

    A. Named Plaintiff's Purchase of a Class Vehicle with Water Pump Defect .................................................................................. 5

    B. Class Members Similar Experience ................................................... 6

    C. Plaintiff's Allegations in FAC Regarding the Water Pump Defect .............................................................................. 7

    D. The Class Action Complaint Against BMW ..................... 9

    E. The Mediation/Settlement Agreement ........................... 10

    F. Preliminary Approval ................................................... 11

    G. Investigation And Discovery ........................................ 11

    H. The Settlement ................................................................ 13

        1. The Settlement Class ............................................. 13

        2. The Payment and Reimbursement Schedule ................... 14

        3. The Notice to the Class and Others of the Settlement .......14

        4. The Release of the Class ..................................... 15

        5. Claims Administration/Notice ........................... 15

III. ARGUMENT ................................................................................................... 16

    A. The Court Should Approve The Settlement As Fair, Reasonable And Adequate ................................................................ 16

        1. The Settlement and the Substantial Benefits It Provides to the Class Support Final Approval ..................... 18

        2. The Risks Inherent In Continued Litigation And Trial Support Final Approval ................................. 19

        3. The Settlement Eliminates Any Risk of Maintaining Class Action Status Throughout the Trial ..................... 21

        4. The Extent of Discovery and the Stage of the Proceedings Favor Settlement Approval ........................... 22

        5. The Recommendations of Experienced Counsel Favor Approval of the Settlement ........................................... 22

| | | | |
|---|---|---|---|
| | 5. | No Attorneys General Object to the Settlement. | 23 |
| | 6. | Class Members' Positive Reaction Supports Final Approval | 23 |

IV. CONCLUSION .................................................................................................. 24

## Table Of Cases

*Acosta v. Trans Union, LLC*, 243 F.R.D. 377 (C.D.Cal.2007) .............................. 20

*American Honda Motor Co., Inc. v. Superior Court*, 199 Cal. App. 4th 1367 (2011) .............................. 20

*Browning v. Yahoo!, Inc.*, 2007 WL 4105971 (N.D. Cal. Nov. 16, 2007) ...... passim

*Class Plaintiffs v. City of Seattle* 955 F.2d 1268 (9th Cir. 1992) .............................. 16

*Daniel v. Ford Motor Co.*, 2013 WL 3146810 (E.D. Cal. June 18 2013) .............................. 17

*Daugherty v. American Honda Motor Co.*, 144 Cal. App. 4th 824 (Cal. Ct. App. 2006) .............................. 18, 19

*Edwards v. Ford Motor Co.*, 2012 WL 2866424 (S.D Cal. June 12, 2012). .............................. 19

*Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 2003), .............................. 15, 18, 21, 22

*Hartless v. Clorox Co.*, 273 F.R.D. 630 (S.D. 2011) .............................. 21

*Henderson v. Volvo Cars a/North America*, Case No. 09-4146-CCCJAD (D.N. 2012) .............................. 17

*Hopson v. Hanesbrand Inc.*, 2009 WL 928133 (N.D. Cal. 2009) .............................. 17

*In re Bridgestone/Firestone, Inc.*, 288 F.3d 1012 (7th Cir. 2002) .............................. 19

*In Re General Motors Dex-Cool Products Liability Litigation*, 241 F.R.D. 305 (S.D.Ill.2007) .............................. 19

*In re Netflix Privacy Litig.*, 2013 WL 1120801 (N.D. Cal. March 18, 2013) .............................. 22

*Marcus v. BMW of N. Am., LLC*, 2012 WL 3171560 (3d Cir., August 7, 2012) .............................. 22

*Mazza v. American Honda Motor Co.*, 666 F.3d 581 (9th Cir.2012) .............................. 20

*Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*, 221 F.R.D. 5236 (C.D. Cal. 2004) .............................. 16

*Officers for Justice v. Civil Serv. Comm'n of City & Cnty. of San Francisco*, 668 F.2d 615 (9th Cir. 1982) .............................. 15

*Samuel-Bassett v. Kia Motors America, Inc.*, 34 A.3d 1 (Penn. 2011) .............................. 17,19

*Satchell v. Fed. Exp. Corp.*, 2007 WL 1114010 (N.D. Cal. Apr. 13, 2007) .............................. 22

*Staton v. Boeing*, 327 F.3d 938 (9th Cir.2003) .............................. 15

*United States v. Ford Motor Co.*, 421 F. Supp. 1239 (D.D.C. 1976) ......................... 5

*United States v. General Motors Corp.*, 417 F. Supp. 933 (D.D.C. 1976) ................ 5

*US. v. General Motors Corp.*, 518 F.2d 420 (C.A.D.C. 1975) .................................. 5

**Statutes**

Federal Rule Civil Procedure 23(e) ............................................................................ 15

**Treatises**

4 NEWBERG ON CLASS ACTIONS (4th ed.) ......................................................... 16

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Herremans brings this action on behalf of a nationwide class of current and former owners and lessees of certain Mini Cooper Vehicles, with a production date from October of 2006 through November of 2012, which were distributed by BMW of North America, LLC ("BMW"). She alleges that defects in the design, manufacture, and assembly of mechanical water pumps installed in the class vehicles resulted in the engine overheating and potential catastrophic engine failure of the Class Vehicles. Plaintiff further alleges that the water pump failure is due to the sealed two roll ball bearing system installed in the mechanical water pumps ("Water Pump Defect") (Docket No. 58-5, Fourth Amended Complaint ["FAC"] ¶¶ 4-8.)

Plaintiff and BMW settled the nationwide class claims and the court granted preliminary approval of the settlement on March 18, 2016. As part of the settlement, BMW has agreed to reimburse all class members who have, or will, incur costs in connection with repairing or replacing failed mechanical water pumps. BMW's obligations are based upon the payment and reimbursement provisions of the Agreement, more fully described below and in the Agreement attached as exhibit 1. (See, Exhibit 1 to Harris Declaration).

Plaintiff now moves for final approval of the settlement. The settlement provides Class Members with remedies similar to what they could expect to receive if the case were successfully tried, but without the delay and risks associated with trial, and it should therefore be approved.

The claims administrator mailed notice to 594,091 potential class members, and states that there have been to date 4,883 claims which have been received, with 2,141 found to be in good order to pay. These 2,141 claims have an award value of $1,006,931.20. There are 2,741 claims which are not yet deemed in good order. The value of these claims, assuming a claim value of 470.31, is $1,289,116.49. To date,