Stephen M. Harris , Esq. (State Bar Number: 110626)
email: stephen@smh-legal.com
LAW OFFICES OF STEPHEN M. HARRIS, P.C.
6320 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone: (818) 924-3103
Facsimile: (818) 924-9079

Robert L. Starr, Esq. (State Bar Number: 183052)
email: robert@starrlaw.com
Adam M. Rose, Esq. (State Bar Number: 210880)
email: adam@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR, APC
23277 Ventura Boulevard
Woodland Hills, California 91364
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiff
TRISH HERREMANS, individually, and on behalf
of a class of similarly situated individuals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TRISH HERREMANS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | NO. CV 14-2363-GW(PJWx)<br><br>Assigned for All Purposes to the Honorable George H. Wu<br><br>Courtroom 10<br><br>Date Action Filed: March 27, 2014<br><br>**FINAL APPROVAL ODER AND JUDGMENT AND AWARD OF ATTORNEYS FEES, COSTS, AND PROPOSED ENHANCEMENT** |

This matter comes before the Court on Plaintiff's Motion for Final Approval of the proposed settlement reached in this class action proceeding, and for an award of attorneys' fees, costs, and a class representative enhancement for the named Plaintiff. The Court's role in reviewing the proposed settlement is to determine

-1-

4834-1651-6910.2

whether, under all the circumstances, the settlement is fair, reasonable and adequate.

Defendant BMW of North America, LLC, has taken the steps required to notify the Settlement Class of the proposed settlement in accordance with the Court's Order of March 18, 2016. The Court finds that the notice given, including individual notice to current and former owners and lessees, constitutes reasonable and adequate notice to the Settlement Class and the best notice practicable under the circumstances.

The Court held a hearing on the proposed settlement on November 28, 2016, which was made known to members of the Settlement Class through the notice procedures employed by the parties. The Court provided at that hearing an opportunity for all interested parties to be heard. There were no objections to the settlement and 112 individuals opted out of the settlement in a timely fashion.

The Court has determined, on the basis of the foregoing, and all other relevant materials filed in this action and the record herein, that the proposed settlement is a fair, reasonable and adequate compromise of the claims and defenses asserted in this action, and should therefore be approved pursuant to Federal Rule of Civil Procedure 23(e), and that Plaintiff's application for an award of fees, costs, and an enhancement award to the named Plaintiff is reasonable and should be approved.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Class Action Settlement Agreement and the settlement embodied therein, is approved as fair, reasonable, and adequate;

2. The certification of the Settlement Class as defined in this court's order of March 18, 2016 (Docket 66, ¶ 2) is hereby confirmed for purposes of the settlement of this Action;

3. The Court hereby approves the form and manner of disseminating the settlement Notice to the Class Members as set forth in the Agreement and finds that the Notice given was accomplished as provided for by the Agreement and

constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to Class Members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution;

4. The court finds that the Representative Class Plaintiff and Class Counsel have fairly and adequately represented the interests of the Settlement Class members at all times in the action;

5. Settlement Class members who have not timely requested exclusion from the Settlement Class and any of their predecessors, successors, representatives, parent companies, subsidiaries, affiliates, heirs, executors, administrators, attorneys, successors, and assignees are hereby enjoined and barred from instituting, filing, commencing, prosecuting, maintaining, continuing to prosecute, directly or indirectly, as an individual or collectively, representatively, derivatively, or on behalf of them or in any other capacity whatsoever, any action in any state or federal court or any other tribunal, forum, or proceeding of any kind against the Released Parties that asserts any of the Released Claims as set forth in the Agreement;

6. BMW is hereby discharged from all further liability for the Released Claims to Settlement Class members;

7. Counsel for Plaintiff's application for an award of fees and costs of $692,500 is fair and reasonable and is hereby granted, subject to the fee division agreement of counsel;

8. The request for an enhancement award to the named Plaintiff of $2,500 is fair and reasonable and is hereby granted.

9. The Action is hereby dismissed with prejudice;

10. The Court reserves jurisdiction over this case for the limited purpose of administering the settlement, enforcing the settlement, and related matters; and

////

////

-3-

4834-1651-6910.2

11. The Clerk shall promptly enter this Order as a Final Judgment in the docket of this action.

Dated: November 28, 2016

*/s/ George H. Wu*
GEORGE H. WU, U.S. District Judge

-4-

4834-1651-6910.2